```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 62403
    VANESSA BOYD
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-6912

--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 10/16/2005 and was confirmed 01/26/2006.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors   10.00%.

      The case was paid in full 01/12/2009.
--------------------------------------------------------------------------------
CREDITOR NAME                 CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
CAPITAL ONE               UNSEC W/INTER   774.50            23.82          77.45
KIA FINANCIAL SERVICES    SECURED         5987.00          799.50        5987.00
AMERICAN COLLECTION CO    UNSEC W/INTER NOT FILED             .00            .00
NATIONAL CAPITAL MGMT LL  UNSEC W/INTER  3062.59            93.24         306.26
CAPITAL ONE VISA          UNSEC W/INTER NOT FILED             .00            .00
CITY OF CHICAGO PARKING   FILED LATE        60.00             .00            .00
RESURGENT CAPITAL SERVIC  UNSEC W/INTER   691.51            24.59          69.15
MEDICAL COLLECTIONS SYST  UNSEC W/INTER NOT FILED             .00            .00
NCO FINANCIAL SYSTEMS IN  UNSEC W/INTER NOT FILED             .00            .00
RJM AQUISITIONS FUNDING   UNSEC W/INTER   256.06             7.93          25.61
RESURGENT CAPITAL SERVIC  UNSEC W/INTER  4628.90           164.25         462.89
WORLD FINANCIAL NETWORK   UNSEC W/INTER    59.32             1.95           5.93
ROBERT J SEMRAD & ASSOC   REIMBURSEMENT    5.20               .00           5.20
B-LINE LLC                UNSEC W/INTER   833.84            23.25          83.38
KIA FINANCIAL SERVICES    UNSEC W/INTER     2.43              .01            .24
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY    2,200.00                        2,200.00
TOM VAUGHN                TRUSTEE                                          695.13
DEBTOR REFUND             REFUND                                           235.02

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE             11,291.80

PRIORITY                                      5.20
SECURED                                   5,987.00
    INTEREST                                799.50
UNSECURED                                 1,030.91
    INTEREST                                339.04
ADMINISTRATIVE                            2,200.00
TRUSTEE COMPENSATION                        695.13

              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 62403 VANESSA BOYD
```

```
DEBTOR REFUND                                                       235.02
                                        ---------------      ---------------
TOTALS                                        11,291.80            11,291.80
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


```
                                          /s/ Tom Vaughn
Dated: 03/10/09                           _____
                                          TOM VAUGHN
                                          CHAPTER 13 TRUSTEE
```